FRANCES MASURY REDFIELD, Appellant, v. EDITH M. STURGES and Others, as Executors, etc., of GRACE MASURY, Deceased, etc., and Others, Defendants. HILL, LOCKWOOD AND REDFIELD, Respondent.— Orders affirmed, with twenty dollars costs and disbursements. Motion to vacate order of this court entered March 15, 1935, denied. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of LOUIS G. LEWIS, Petitioner, for a Certiorari Order against THOMAS W. HAMMOND, as Commissioner of the Department of Sanitation of the City of New York, Respondent.— Order of certiorari dismissed and determination of the respondent confirmed, with fifty dollars costs and disbursements to the respondent. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.; Glennon and Untermyer, JJ., dissent and vote to sustain the order of certiorari.

ELISE ELAINE WEISBECKER, Appellant, v. CHARLES WEISBECKER, Respondent.— Judgment so far as appealed from affirmed. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

PAUL J. MORANTI, INC., Appellant, v. THE CITY OF NEW YORK, Respondent. (Action No. 2.) — Judgment and order so far as appealed from affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

BREAKSTONE BROS., INC., Appellant, v. IRVING BERDY, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

TOMPKINS BUS CORPORATION, Appellant, v. FIORELLO H. LAGUARDIA and Others, Respondents.— Orders affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

JOSEPH A. BRODERICK, as Superintendent of Banks of the State of New York, Respondent, v. BETCO CORPORATION, Appellant. JOSEPH A. BRODERICK, as Superintendent of Banks of the State of New York, Respondent, v. ERNEST N. ADLER and Others, Appellants.— Judgments affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ. [149 Misc. 245.]

ROBERT MASTRUZZI, an Infant, etc., by His Guardian ad Litem, CONCETTA MASTRUZZI, and Others, Respondents, v. SALVATORE ALOI, Appellant.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

WEST TWENTY-EIGHTH STREET GARAGE CORPORATION, Respondent, v. NEW YORK TRANSFER COMPANY, INC., and Another, Appellants, Impleaded with Others.— Order affirmed, with twenty dollars costs and disbursements, with leave to defendants, appellants, to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of JOHN A. OBERT, Petitioner, for a Certiorari Order against EDWARD P. MULROONEY, Chairman of the Alcoholic Beverage Control Board of the State of New York, and Another, Respondents.— Order of certiorari dismissed and determination of respondents confirmed, with fifty dollars costs and disbursements to the respondents. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.